UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:<br><br>Hali Maeann Suazo<br>SSN / ITIN: xxx-xx-9276<br><br>Debtor. | Case No. 20-17836-TBM<br>Chapter 11 |

**ORDER GRANTING MOTION TO REDACT PREVIOUSLY FILED DOCUMENT**

This matter having come before the Court is the United States Trustee's Motion to Redact Previously Filed Document Pursuant to Fed. R. Bankr. P. 9037 (the "Motion") and good cause being shown therefor;

IT IS ORDERED the Motion is granted.

Pursuant to Fed. R. Bankr. P. 9037, the Court ORDERS as follows:

a. All public access on the Court's electronic filing system to Docket No. 33-2 filed on April 22, 2021, is hereby restricted by the Court until a redacted replacement document can be entered on the docket.

b. The document at Docket 33-2 shall be replaced with the redacted version as attached to the Motion.

Dated this 7th day of December, 2021.

BY THE COURT:

*Thomas B. McNamara*
Thomas B. McNamara
United States Bankruptcy Judge